# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEON SMITH,

    Plaintiff,

vs.

SEDGWICK, et al.,

    Defendants.

Case No. 2:13-cv-02350-JCM-GWF

**ORDER**

The copy of order #2 was returned in the mail with the notation that plaintiff is no longer in custody at the Nevada Southern Detention Center.  Plaintiff has failed to comply with local rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to inform the court of his current address.  The clerk of the court shall enter judgment accordingly.

IT IS FURTHER ORDERED that an appeal from the judgment of this court would not be taken in good faith.

DATED July 16, 2014.

_____
JAMES C. MAHAN
United States District Judge